IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL BROWN,

    Petitioner,

v.                                                                      CASE NO. 1:11-cv-67-MP -GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc. 6, Respondent's motion for extension of time to respond to Petitioner's petition for writ of habeas corpus.  Upon due consideration, it is **ORDERED:**

That the motion for extension of time, Doc. 6, is **GRANTED.** Respondent shall file a response to the motions **on or before September 19, 2011.** Petitioner shall have until **October 19, 2011** to file a reply, if any.

**DONE AND ORDERED** this 18th day of August 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge