IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL BROWN,

    Petitioner,

v.                                                        CASE NO. 1:11-cv-67-MP -GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc 11, Respondent's third motion for extension of time to respond to Petitioner's petition for writ of habeas corpus. Upon due consideration, it is **ORDERED:**

That the second motion for extension of time, Doc. 9, is **GRANTED.** Respondent shall file a response to the petition **on or before November 18, 2011.** Petitioner shall have until **December 19, 2011** to file a reply.

**DONE AND ORDERED** this 20th day of October 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge