IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL BROWN,

    Petitioner,

v.                                              CASE NO. 1:11-cv-67-MP -GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc 13, Respondent's fourth motion for extension of time to respond to Petitioner's petition for writ of habeas corpus. Upon due consideration, it is **ORDERED:**

That the fourth motion for extension of time, Doc. 13, is **GRANTED.** Respondent shall file a response to the petition **on or before December 19, 2011.** Petitioner shall have until **January 19, 2012** to file a reply.

**DONE AND ORDERED** this 21st day of November 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge