IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL BROWN,

    Petitioner,

v.                                                        CASE NO. 1:11-cv-67-MP -GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc 15, Respondent's fifth motion for extension of time to respond to Petitioner's petition for writ of habeas corpus. Upon due consideration, it is **ORDERED:**

That the fifth motion for extension of time, Doc. 15, is **GRANTED.** Respondent shall file a response to the petition **on or before January 18, 2012.** Petitioner shall have until **February 20, 2012** to file a reply.

**DONE AND ORDERED** this 19th day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge