IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL BROWN,

    Petitioner,

v.                                        CASE NO. 1:11-cv-67-MP -GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

This matter is before the Court on Doc 17, Respondent's sixth motion for extension of time to respond to Petitioner's petition for writ of habeas corpus. Upon due consideration, it is **ORDERED:**

That the sixth motion for extension of time, Doc. 17, is **GRANTED.** Respondent shall file a response to the petition **on or before February 20, 2012.** Petitioner shall have until **March 21, 2012** to file a reply.

**DONE AND ORDERED** this 19th day of January 2012.

                                  *s/ Gary R. Jones*
                                  GARY R. JONES
                                  United States Magistrate Judge