IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANIEL BROWN,

    Petitioner,

v.                                                CASE NO. 1:11-cv-00067-MP-GRJ

SECRETARY DEPT OF CORRECTIONS,

    Respondent.

_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated December 19, 2013. (Doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.    The petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254 (Doc. 1) is DENIED.

3. A certificate of appealability is DENIED, pursuant to Rule 11(a) of the Rules Governing Section 2254 Cases in the U.S. District Courts.

**DONE AND ORDERED** this _23rd_ day of January, 2014

_s/Maurice M. Paul_
Maurice M. Paul, Senior District Judge